IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TINA JIMERSON**                                                                                   **PLAINTIFF**

v.                         Case No. 4:20-cv-01145-KGB

**DONNY FORD**, former Sheriff of
**Dallas County, Arkansas**, *et al.*                                         **DEFENDANTS**

## ORDER

Before the Court is plaintiff Tina Jimerson's motion for leave to file amended complaint and for an extension of time to effectuate service (Dkt. No. 37). Ms. Jimerson represents that, because several of the named defendants are deceased, she seeks leave to amend her complaint to substitute the appointed Special Administrator of the estates of the four deceased defendants for those individuals (*Id.*, ¶¶ 2–5). Ms. Jimerson further represents that, should this Court grant her leave to file an amended complaint, she would require an additional 30 days within which to serve the Special Administrator of the four estates (*Id.*, ¶ 7). No party has responded in opposition to the motion, and the time to do so has passed.

Pursuant to Federal Rule of Civil Procedure 15(a)(1), a party may amend a pleading once as a matter of course within 21 days after serving it or within 21 days after service of the responsive pleading or a motion under Rule 12(b)(6). After the 21-day period expires, "a party may amend its pleadings only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). The Court should give leave freely when justice so requires, but "parties do not have an absolute right to amend their pleadings . . . ." *Sherman v. Winco Fireworks, Inc.*, 532 F.3d 709, 715 (8th Cir. 2008). "[D]enial of leave to amend pleadings is appropriate only in those limited circumstances in which undue delay, bad faith on the part of the moving party, futility of the amendment, or unfair prejudice to the non-moving party can be demonstrated." *Roberson v. Hayti*

*Police Dep't*, 241 F.3d 992, 995 (8th Cir. 2001) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)). "A district court's denial of leave to amend a complaint may be justified if the amendment would be futile." *Geier v. Missouri Ethics Comm'n*, 715 F.3d 674, 678 (8th Cir. 2013).

For good cause shown, the Court grants Ms. Jimerson's motion for leave to file amended complaint (Dkt. No. 37). The Court directs Ms. Jimerson to file her amended complaint within 21 days of entry of this Order. The Court further grants Ms. Jimerson's request for a 30-day extension within which to serve the Special Administrator of the four estates.

It is so ordered this 6th day of December, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge