IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TINA JIMERSON**  **PLAINTIFF**

v. **Case No. 4:20-cv-01145-KGB**

**DONNY FORD, former Sheriff of**
**Dallas County, Arkansas,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court are unopposed motions for leave to file answer out of time filed by separate defendants the Estate of Larry Case ("the Case Estate") and Michael Joe Earley (Dkt. Nos. 60, 65). Pursuant to Federal Rule of Civil Procedure 6(b)(2), separate defendants the Case Estate and Mr. Earley request permission to file their answers out of time due to excusable neglect (Dkt. No 60, ¶ 1; Dkt. No. 65, ¶ 7). For good cause shown, the Court grants the motions but, on the Court's own motion, extends by seven days the date by which separate defendants must file their answers (Dkt. Nos. 60, 65). Separate defendants the Case Estate and Mr. Earley may file their respective answers within seven days of the entry of this Order.

It is so ordered this 6th day of January, 2022.

Kristine G. Baker
United States District Judge