IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TINA JIMERSON**                                                                                              **PLAINTIFF**

v.                                    Case No. 4:20-cv-01145-KGB

**DONNY FORD, former Sheriff of
Dallas County, Arkansas,** *et al.*                                                                **DEFENDANTS**

## ORDER

Before the Court is separate defendant the Estate of George Godwin, separate defendant the Estate of Jerry Bradshaw, and separate defendant Garland McAnally's (collectively, "ASP Defendants") motion for withdrawal and substitution of counsel (Dkt. No. 75). ASP Defendants request that this Court enter an order withdrawing Senior Assistant Attorney General Jennifer L. Merritt as counsel of record, and substituting Carl F. "Trey" Cooper, III, as counsel of record for ASP Defendants in this case (*Id.*, ¶¶ 1–2).

For good cause shown, the Court grants the motion (Dkt. No. 75). The Court instructs the Clerk of Court to remove Ms. Merritt as counsel of record, and to substitute Mr. Cooper as counsel of record.

So ordered this 26th day of April, 2022.

_____
Kristine G. Baker
United States District Judge