IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TINA JIMERSON**                                                                                              **PLAINTIFF**

v.                                        **Case No. 4:20-cv-01145-KGB**

**DONNY FORD, former Sheriff of
Dallas County, Arkansas,** *et al.*                                                                **DEFENDANTS**

## ORDER

Before the Court is a joint motion of all parties to consolidate cases (Dkt. No. 88). For the following reasons, the Court grants the motion (*Id.*).

The parties represent that the instant case, *Jimerson v. Ford et al.*, Case No. 4:20-cv-01145-KGB and *Brown Estate v. Ford, et al.*, Case No. 4:20-cv-01150-KGB ("*Brown* case"), share common questions of law and fact (*Id.*, ¶ 1). According to the parties, this case and the *Brown* case both arise out of the defendants' investigation of the rape and murder of Myrtle Holmes in 1988; Tina Jimerson and John Brown (whose estate asserts claims on his behalf following his death) were both convicted of that crime and served lengthy prison sentences before the convictions were ultimately vacated and charges dismissed; and both Ms. Jimerson and the Brown Estate assert closely parallel claims for constitutional violations they allege caused their wrongful convictions (*Id.*). The parties represent that all counsel recognized that informally combining the discovery in this case and the *Brown* case would conserve resources and advance the interests of both sides, and as a result, counsel have been proceeding on that basis in an informal manner (*Id.*, ¶ 3).

Given this context, the parties represent that "it would be appropriate at this time to consolidate both cases for all pretrial purposes." (*Id.*, ¶ 7). The parties state that "[w]hether the cases would be tried jointly or separately would be reserved for decision at the final pretrial

conference, in light of rulings and the results of completed discovery." (*Id.*).  The parties also represent that the Court's final scheduling order in the *Brown* case "is the more realistic one." (*Id.*, ¶ 6).  Accordingly, the parties jointly request that this Court enter an order conforming the pretrial schedule in this case with the schedule in *Brown* and consolidating this case and the *Brown* case for all pretrial purposes.

For good cause shown, the Court grants the motion (Dkt. No. 88).  The Court consolidates this case with the *Brown* case for all pretrial purposes.  *See* Fed. R. Civ. P. 42(a).  As the present case has the lowest case number, all parties are directed to make filings only in the present case, which is *Jimerson v. Ford et al.*, Case No. 4:20-cv-01145-KGB.  *See* General Order No. 39(c).  The Court removes this case from the trial calendar for the week of February 13, 2023 (Dkt. No. 43).  The Court will set a new trial date and enter a new scheduling order, which conforms to the *Brown* pretrial deadlines, by separate order.  The Court reserves ruling until a later time on whether this case and the *Brown* case should be tried jointly or separately.

It is so ordered this 27th day of October, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge