## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TINA JIMERSON**                                                                                        **PLAINTIFF**

**JERELL THOMPSON, as**
**SPECIAL ADMINISTRATOR**
of the estate of **JOHN BROWN**                                        **CONSOLIDATED PLAINTIFF**

v.                               Case No. 4:20-cv-01145 KGB

**DONNY FORD, former Sheriff of**
**Dallas County, Arkansas, et al.**                                                        **DEFENDANTS**

**DONNY FORD, former Sheriff of**
**Dallas County, Arkansas, et al.**                                      **CONSOLIDATED DEFENDANTS**

### ORDER

Before the Court are plaintiff Tina Jimerson's motion to withdraw (Dkt. No. 155) and defendants City of Fordyce, Ronnie Poole, the Estate of Larry Case, and the Estate of John Kellam's ("Fordyce Defendants") motion to withdraw (Dkt. No. 160).

Ms. Jimerson seeks to withdraw the *pro hac vice* appearance of her attorney, Sam Heppell (Dkt. No. 155). Ms. Jimerson represents that Mr. Heppell's employment with Loevy & Loevy, the firm representing her, ended as of November 1, 2023 (*Id.*, ¶ 1). Ms. Jimerson further represents that she will continue to be represented by Loevy & Loevy attorneys Locke Bowman, David Owens, Julia Rickert, and Lauren Carbajal (*Id.*, ¶ 2). For good cause shown, the Court grants Ms. Jimerson's motion and relieves Mr. Heppell as counsel of record for Ms. Jimerson in this matter (*Id.*).

Fordyce Defendants seek leave to withdraw the appearances of Judson Arnold and Colin McDaniels as their attorneys of record in this case (Dkt. No. 160). Fordyce Defendants represent that Mr. Arnold and Mr. Daniels's employment with Nathan & Kamionski LLP, the firm

representing Fordyce Defendants, ended on January 12, 2024 (*Id.*, ¶ 1). Fordyce Defendants further represent that they will continue to be represented by Shneur Nathan and Avi Kamionski of Nathan & Kamionski LLP, as well as Sarah Cowan of the Arkansas Municipal League (*Id.*, ¶ 2). For good cause shown, the Court grants the motion and relieves Mr. Arnold and Mr. McDaniels as counsel for Fordyce Defendants in this case (*Id.*).

The Court has consolidated *Jimerson v. Ford et al.*, Case No. 4:20-cv-01145-KGB ("*Jimerson*"), and *Brown Estate v. Ford, et al.*, Case No. 4:20-cv-01155-KGB ("*Brown*"), for discovery and trial (Dkt. Nos. 91, 124). Mr. Arnold and Mr. McDaniels also serve as counsel of record for Fordyce Defendants in the *Brown* case. The Court directs that the docket sheet in *Brown* be updated in accordance with this motion (Dkt. No. 160). The Court further directs that this Order be filed in both *Jimerson* and *Brown*.

It is so ordered this 17th day of January, 2024.

_____
Kristine G. Baker
United States Chief District Judge